UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

PATRICK AUSTIN,

                Plaintiff,

        -v-

M&J CAFE CREATIVE CORPORATION d/b/a
MANNY JANETH CAFE, NEW HORIZON
OVERSEAS LLC,

                Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/20/2025

25-cv-267 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

       The Court has been informed that the parties have reached a settlement in this case.

Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The

parties may reopen the case, provided the application to restore the action to the Court's calendar

is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days

from the date of this Order may be denied solely on that basis. Any pending motions are

DISMISSED as moot, and all conferences and deadlines are CANCELLED.

       SO ORDERED.

Dated: May 20, 2025
      New York, New York

                           LEWIS J. LIMAN
                     United States District Judge