UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
PATRICK AUSTIN,              Civil Action No. 1:25-cv-267

    Plaintiffs,

  -against-

M&J CAFÉ CREATIVE CORPORATION     **NOTICE OF VOLUNTARY**
d/b/a MANNY JANETH and NEW HORIZON   **DISMISSAL WITH PREJUDUCE**
OVERSEAS LLC,

    Defendant.
———————————————————————x

    Plaintiff Patrick Austin, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice against the above-captioned defendants.

    Dated: June 25, 2025

By: _/s/ Gabriel Levy_____

    Gabriel A. Levy, Esq.
      *Attorney for Plaintiff*
    Gabriel A. Levy, P.C.
    1129 Northern Blvd, Ste 404
    Manhasset, NY 11030
    T: 347-941-4715
    Glevy@glpcfirm.com